IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNETH W. SENNETT** | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CAUSE NO. 4:14-cv-00758 |
| | § | |
| **CATALYST CONSTRUCTION, LLC.** | § | |
| | § | |
| *Defendant.* | § | JURY DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, acting through counsel, hereby stipulates and agrees that this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

Dated: September 24, 2014

                                                                              Respectfully submitted,

                                                                              /s/ Alfonso Kennard, Jr.
                                                                                  Alfonso Kennard, Jr.
                                                                                  Michelle Mishoe Miller
                                                                                  Kennard Blankenship Robinson, P.C.
                                                                                  5433 Westheimer Road, Suite 825
                                                                                  Houston, Texas 77056
                                                                                  Telephone: (713) 742-0900
                                                                                  Facsimile: (713) 742-0951
                                                                                  Email: alfonso.kennard@kennardlaw.com

                                                         ATTORNEY FOR KENNETH W. SENNETT

**BOYARMILLER**

By: /s/ Matthew S. Veech
    Matthew S. Veech
    Federal ID No. 268801
    State Bar No. 24000372
    4265 San Felipe Road, Suite 1200
    Houston, Texas 77027
    (713) 850-7766 (telephone)
    (713) 552-1758 (facsimile)
    mveech@boyarmiller.com

ATTORNEY IN CHARGE FOR CATALYST CONSTRUCTION, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system, on this the 17th day of October, 2014.

Alfonso Kennard, Jr.
Michelle Mishoe Miller
Kennard Blankenship Robinson, P.C.
5433 Westheimer Road, Suite 825
Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: alfonso.kennard@kennardlaw.com

                /s/ Matthew S. Veech_____
                Matthew S. Veech