UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH W. SENNETT, § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:14-cv-758 |
| § | |
| CATALYST CONSTRUCTION, LLC, § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On October 17, 2014, the Plaintiff informed the Court that he wished to dismiss this case with prejudice. (Doc. No. 20.) Defendant is in agreement. The case is therefore **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 17th day of October, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE